| | |
|---|---|
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>Margaret A. Esquenet (*pro hac vice*)<br>margaret.esquenet@finnegan.com<br>Anna B. Naydonov (*pro hac vice*)<br>anna.naydonov@finnegan.com<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>Nicholas D. Petrella (299194)<br>nicholas.petrella@finnegan.com<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>KENDALL BRILL & KELLY LLP<br>Alan Jay Weil (63153)<br>aweil@kbkfirm.com<br>Shauna Woods (300339)<br>swoods@kbkfirm.com<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br>Telephone: (310) 556-2700<br>Facsimile: (310) 556-2705<br><br>*Attorneys for Defendant*<br>*Bethesda Softworks LLC* | HAMMONDLAW, P.C.<br>Julian Hammond (SBN 268489)<br>jhammond@hammondlawpc.com<br>Polina Brandler (SBN 269086)<br>pbrandler@hammondlawpc.com<br>Ari Cherniak (SBN 290071)<br>acherniak@hammondlaw.com<br>1829 Reisterstown Rd. Suite 410<br>Baltimore, MD 21208<br>Telephone: (310) 601-6766<br>Facsimile: (310) 295-2385 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEX MEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETHESDA SOFTWORKS LLC D/B/A BETHESDA GAME STUDIOS, a Delaware corporation,<br><br>Defendants. | CASE NO: 3:19-cv-00820-RS<br><br>**JOINT STIPULATION TO VACATE MAY 30, 2019, INITIAL STATUS CONFERENCE AND CORRESPONDING FED. R. CIV. P. 26 DEADLINES PENDING DISPOSITION OF PLAINTIFF'S MOTION TO REMAND; ORDER**<br><br>Courtroom: TBD<br>Judge: Honorable Richard Seeborg |

| | |
|---|---|
| 1 | WHEREAS, on February 14, 2019, Bethesda Softworks LLC ("Bethesda") filed a notice of removal of this case to federal court (Dkt. # 1). |
| 3 | WHEREAS, on February 21, 2019, the Court issued an Order setting the Initial Status Conference on May 30, 2019 and setting the deadline to file the Initial Status Conference Statement for May 23, 2019. (Dkt. # 14). Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, the Rule 26 Conference deadline is May 9, 2019 and the Rule 26 Initial Disclosure Deadline is May 23, 2019. |

WHEREAS, on February 14, 2019, Bethesda Softworks LLC ("Bethesda") filed a notice of removal of this case to federal court (Dkt. # 1).

WHEREAS, on February 21, 2019, the Court issued an Order setting the Initial Status Conference on May 30, 2019 and setting the deadline to file the Initial Status Conference Statement for May 23, 2019. (Dkt. # 14). Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, the Rule 26 Conference deadline is May 9, 2019 and the Rule 26 Initial Disclosure Deadline is May 23, 2019.

WHEREAS, on February 25, 2019, Plaintiff Alex Meyer filed a motion to remand the case to state court. Bethesda opposed the motion, and the motion is fully-briefed and currently pending a ruling from the Court (Dkt. # 22).

IT IS THEREFORE STIPULATED AND AGREED that the Court vacate the May 30, 2019 Initial Status Conference and corresponding Federal Rule of Civil Procedure 26 deadlines pending the Court's decision on Plaintiff's motion to remand.

Dated: May 1, 2019

| | |
|---|---|
| HAMMONDLAW, P.C | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| By:    */s/ Ari Cherniak* <br>         Ari Cherniak | By:    */s/ Nicholas D. Petrella* <br>         Nicholas D. Petrella |
| *Attorneys for Plaintiff* <br> *Alex Meyer* | *Attorneys for Defendant* <br> *Bethesda Softworks LLC* |

**SIGNITURE ATTESTATION**

I, Nicholas D. Petrella, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

By:    */s/ Nicholas D. Petrella*
        Nicholas D. Petrella

# **ORDER**

The Court having reviewed the Parties' joint stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the May 30, 2019 Initial Status Conference and corresponding Federal Rule of Civil Procedure 26 deadlines are vacated pending the Court's disposition of Plaintiff's motion to remand (Dkt # 22).

IT IS SO ORDERED.

Dated: 5/3/19

_____
Honorable Richard Seeborg
United States District Judge